**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FRANK SENIOR,

Plaintiff,

-against-

BARDS & CARDS LLC,

Defendant.

---------------------------------------------------------------X

**26 Civ. No. 8093 (DEH) (GS)**

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for an Initial Case Management Conference on **Wednesday, December 9, 2026 at 11:00 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. The parties shall consult and comply with the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now** **[Meeting ID: 282 160 897 263 234 9] [Passcode: 5Z4nD7JY]**

**SO ORDERED.**

DATED: New York, New York
November 5, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge